# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00732-AP

SHERI M. MOUNTS,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1. APPEARANCES OF COUNSEL**

    For Plaintiff:

    Michael W. Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    seckarlaw@mindspring.com

    For Defendant:

    DAVID M. GAOUETTE
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    United States Attorney's Office
    Deputy Chief, Civil Division
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

    Attorneys for Defendant

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed:  **3/30/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **4/30/10.**
   C. Date Answer and Administrative Record Were Filed: **6/29/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:**     **8/23/10.**
   B. Defendant's Response Brief Due**:**    **9/24/10.**
   C. Plaintiff's Reply Brief (If Any) Due**:**  **10/12/10.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.   Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 20th day of July, 2010.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar 7/19/10**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum 7/19/10**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov